DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**PATRICIA HALTON,**
Appellee.

No. 4D2025-0193

[June 4, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 062022CA006556AXXXCE .

David Andrew Noel and Kara Rockenbach Link of Link & Rockenbach, P.A., West Palm Beach, for appellant.

Dennis Alexander Donet of Dennis A. Donet, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***